IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN R. YARNS,

    Plaintiff,

vs.                                    CASE NO.: 5:04cv277-SPM/EMT

JAMES CROSBY, et al.,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 21, 2005 (doc. 12).  Plaintiff has been furnished a copy of the report and recommendation and granted an extension of time to file objections (see doc. 14).  No objections have been filed, however.  Having considered the report and recommendation pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice, pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 20th day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  5:04cv277-SPM/EMT